IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES FOX | : | CIVIL ACTION |
| | : | |
| v. | : | No. 16-1681 |
| | : | |
| NATIONAL RAILROAD PASSENGER CORPORATION | : : | |

## **ORDER**

       **AND NOW, TO WIT:** This 9th day of August, 2016, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

       **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.